UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARNIE HENRIE, and ROBERT HENRIE, wife and husband,<br><br>Plaintiffs,<br><br>vs.<br><br>OKANOGAN COUNTY, a government agency, *et al.*,<br><br>Defendants. | NO. CV-05-368-RHW<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL; DISMISSING CASE WITH PREJUDICE** |

Before the Court is the parties' Stipulation for Dismissal (Ct. Rec. 23). The parties have stipulated that the above-captioned case be dismissed with prejudice with respect to all claims alleged against all named defendants and without cost or fees awarded.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation for Dismissal (Ct. Rec. 23) is **GRANTED**.

2. The above-captioned case is **dismissed**, with prejudice and without fees and costs.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order, furnish copies to counsel, and close the file.

**DATED** this 18th day of July, 2006.

*s/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2005\Henrie\dismiss.ord.wpd

**ORDER GRANTING STIPULATION FOR DISMISSAL; DISMISSING CASE WITH PREJUDICE** ~ 1